453 A.2d 1057

**William BARNES**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Appellant.**

Superior Court of Pennsylvania.

Argued June 22, 1982.

Filed Dec. 23, 1982.

John Francis I. Smith, III, Philadelphia, for appellant.

Alan Schwartz, Philadelphia, for appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

PER CURIAM:

We are of the opinion, after a careful study of the entire record as well as the briefs of the parties, that the Court en banc properly denied the Motions that had been filed for a

new trial and remittitur, and, therefore, we affirm the judgment on the opinion of the distinguished members of the Court en banc, Judge Bernard Snyder, Judge Stanley M. Greenberg and Judge Alfred J. DiBona, Jr.